UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/23/2023
```

| | |
|---|---|
| **RODRIGUEZ, ET AL.,**  Plaintiffs,  -against-  **BENITEZ RMB CORP. ET AL.,**  Defendants. | **21-cv-08715 (ALC)**  **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned matter was referred to Magistrate Judge Sarah L. Cave on April 7, 2022. *See* ECF No. 42. The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **February 6, 2023**.

**SO ORDERED.**

Dated:   January 23, 2023
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**