**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/24/2023

**RODRIGUEZ, ET AL.**,

          **Plaintiffs,**

-against-

**BENITEZ RMB CORP. ET AL.**,

          **Defendant.**

**21-cv-08715 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiffs' response to the Court's Order to Show Cause. ECF No. 50. The Order to Show Cause is resolved.

In their response to the Order to Show Cause, Plaintiffs also request permission to file a motion for a default judgment against the non-appearing Defendants and to submit an application to the Court for an initial pretrial conference. Plaintiffs are directed to follow this Court's Individual Practices as to any motions for default judgment. *See* Attachment A to Individual Practices of Andrew L. Carter, Jr. As explained previously, this matter has been referred to Magistrate Judge Sarah L. Cave for general pretrial matters. *See* ECF Nos. 42, 44, 45. Any applications for an initial pretrial conferences should be addressed to Judge Cave.

**SO ORDERED.**

Dated:    February 24, 2023
              New York, New York

*/s/ Andrew L. Carter, Jr.*
          **ANDREW L. CARTER, JR.**
          **United States District Judge**