| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| ALFREDO RODRIGUEZ, ANDRES GOMEZ PALACIOS, GABRIEL JESUS AVILA ESCAMILLA, JESUS GREGORIO GOMEZ CORTES, JOSE HECTOR VALDEZ, JULIO CESAR AQUINO, OSCAR MARTINEZ CAMPOS, PABLO CAMPOS ESPINAL, PABLO LEZAMA, SERGIO LEZAMA MERINO, each individually and on behalf of others similarly situated, | CIVIL ACTION NO.: 21 Civ. 8715 (ALC) (SLC)<br><br>**ORDER** |
| Plaintiffs,<br>-v-<br>BENITEZ RMB CORP., et al.,<br>Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, April 3, 2023, the Court orders as follows:

1. By **Friday, April 7, 2023**, Plaintiffs shall request Certificates of Default as to Defendants Benitez RMB Corp., BMNY Construction Corp., Jose Benitez Argueta, and Cupo Benedetto.

2. By **Friday, April 7, 2023**, Defendant Flintlock Construction Services LLC shall provide to Plaintiffs a copy of the sub-contractor agreement.

3. A telephonic status conference is scheduled for **Thursday, July 6, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York           SO ORDERED.
              April 3, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**