UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO RODRIGUEZ, et al.,

                Plaintiffs,

-v-

BENITEZ RMB CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8715 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, July 6, 2023, the Court orders as follows:

1. By **July 13, 2023**, Plaintiffs shall file a stipulation of dismissal as to Defendant Flintlock Construction Services LLC ("Flintlock") for the attention of the Honorable Andrew L. Carter, Jr.

2. Following dismissal of the action as to Flintlock, the Court will issue an order regarding Plaintiffs' anticipated request for certificates of default and motion(s) for default judgment against the other, non-appearing Defendants.

Dated:    New York, New York
            July 6, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**