UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO RODRIGUEZ, et al.,

               Plaintiffs,

-v-

BENITEZ RMB CORP., et al.,

               Defendants.

CIVIL ACTION NO. 21 Civ. 8715 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Certificates of Default have been issued against Defendants Benitez RMB Corp. (ECF No. 29), BMNY Construction Corp. (ECF No. 31), Jose Benitez Argueta (ECF No. 33), and Cupo Benedetto (ECF No. 35) (together, the "Non-Appearing Defendants"). By **October 18, 2023**, Plaintiffs shall file a Motion for Default Judgment against the Non-Appearing Defendants in accordance with the Individual Practices of the Honorable Andrew L. Carter, Jr.; Rule 55 of the Federal Rules of Civil Procedure; and S.D.N.Y. Local Rule 55.

Dated:    New York, New York
           October 4, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**