# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 25, 2023

**BY ECF**  
Hon. Sarah L. Cave  
United States Magistrate Judge  
United States District Court  
40 Foley Square  
New York, NY 10007

> Plaintiffs' request at ECF No. 69 is GRANTED. Plaintiffs' deadline to move for default judgment is EXTENDED to **November 7, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 69.
>
> SO ORDERED.    10/25/2023
>
> /s/ Sarah L. Cave  
> SARAH L. CAVE  
> United States Magistrate Judge

Re:   Rodriguez et al v. Benitez RMB Corp. et al  
        21-cv-08715

Your Honor:

    This firm represents Plaintiffs in the above-referenced matter. Plaintiffs write to request a brief extension of the October 30, 2023 deadline to file a default motion. This is the second request of its kind.

    Plaintiffs' counsel is finalizing the default motion but require more time to execute with our clients. There are numerous plaintiffs and our firm is undergoing staffing changes. Therefore, the Plaintiffs respectfully request a brief extension of the October 30, 2023 deadline to file a default motion to November 7, 2023.

    The Plaintiffs thank the Court for its time and attention to this matter.

Respectfully Submitted,

  /s/*Mary Bianco*  
Mary Bianco, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*