UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALFREDO RODRIGUEZ, ANDRES GOMEZ
PALACIOS, GABRIEL JESUS AVILA ESCAMILLA,
JESUS GREGORIO GOMEZ CORTES, JOSE
HECTOR VALDEZ, JULIO
CESAR AQUINO, OSCAR MARTINEZ
CAMPOS, PABLO CAMPOS ESPINAL,                    21-cv-08715 (ALC) (SLC)
PABLO LEZAMA, and SERGIO LEZAMA MERINO,
*individually and on behalf of others similarly situated,*     **DEFAULT JUDGMENT**

*Plaintiffs*,

-against-

BENITEZ RMB CORP. (D/B/A BENITEZ
CORPORATION), BMNY CONSTRUCTION
CORP. (d/b/a BMNY), JOSE BENITEZ
ARGUETA and CUPO BENEDETTO,

*Defendants.*
------------------------------------------------------------------X

On October 25, 2021, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Benitez RMB Corp. (d/b/a Benitez Corporation), BMNY Construction Corp. (d/b/a BMNY), Jose Benitez Argueta, and Cupo Benedetto, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment against Defendants Benitez RMB Corp. (d/b/a Benitez Corporation), BMNY Construction Corp. (d/b/a BMNY), Jose Benitez Argueta, and Cupo

Benedetto in the amount of $304,731.74, including compensatory damages and permissible liquidated damages.

That the Plaintiffs are awarded attorneys' fees in the amount of $9,392.50 and costs in the amount of $1,020.60.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

_____
JUDGE ANDREW L. CARTER, JR
UNITED STATES DISTRICT JUDGE

To:

Benitez RMB Corp.
(d/b/a Benitez Construction Corp.)
2775 Harvard Place
Baldwin, New York 11510

BMNY Construction Corp.
(d/b/a BMNY)
260 Madison Ave Fl 8
New York, NY 10016

Jose Benitez Argueta
2775 Harvard Place
Baldwin, New York 11510

Cupo Benedetto
13 Dock Pathway
New Rochelle, NY 10801