USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/2/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RODRIGUEZ ET AL.,**<br><br>Plaintiffs,<br><br>-against-<br><br>**Benitez RMB Corp., et al.,**<br><br>Defendants. | **21-cv-08715 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 25, 2021, Plaintiff filed a Complaint commencing this action against Defendants Benitez RMB Corp, BMNY Construction Corp., Jose Benitez Argueta and Cup Benedetto (collectively "Defendants"). ECF No. 1. The Court ordered Defendants to show cause as to why this action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 55 and also as to why Plaintiffs should not be issued their requested damages. ECF Nos. 75, 78. To date, Defendants have not filed a timely response to the Court's Orders to Show Cause. Therefore, Plaintiffs' request for damages in the amount of $304,731.74 constituting compensatory and permissible liquidated damages as well as $10,413.10 constituting attorneys' fees and costs is GRANTED and this action is hereby DISMISSED pursuant to Fed. R. Civ. P. 55. ECF No. 73.

**SO ORDERED.**

Dated: January 2, 2024
       New York, New York

ANDREW L. CARTER, JR.
United States District Judge